IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDDIE JASON MILLER,

    Petitioner,

v.

RICK HARRINGTON,

    Respondent.               No. 11-cv-940-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 19, 2013, the Report and Recommendation of Magistrate Judge Philip M. Frazier is adopted. This habeas petition pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:  *s/Sara Jennings*
                        **Deputy Clerk**

**Dated:** March 19, 2013

Digitally signed by David R. Herndon
Date: 2013.03.19 09:52:49 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT